UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRIORITY POST COMPANY, INC.,

        Plaintiff,

        -against-

MATRIX PARTNERS INTERNATIONAL
CAPITAL LLC a/k/a MATRIX PARTNERS
INTERNATIONAL LLC,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10 Civ. 7413 (VM)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 [formerly Local General Rule 9] of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for plaintiff Priority Post Company, Inc. (a private non-governmental party), certifies that the following are corporate parents, affiliates or subsidiaries of said party which are publicly held:

        Swiss Post International Holding AG

Dated: New York, N.Y.
       September 28, 2010

                              JACK HASSID, ESQ.

                              /s/ Jack Hassid
                              Jack Hassid, Esq. (JH 8073)
                              Attorney for Plaintiff
                              460 Park Avenue - 10th Floor
                              New York, N.Y. 10022
                              (212) 421-4932